■ In the Matter of ROBERT F. GOODENOUGH, Appellant, v RICHARD E. BOWEN, as City Manager of the City of Long Beach, et al., Respondents.—In a proceeding pursuant to CPLR article 78 *inter alia* to prevent petitioner's demotion from the rank of sergeant to the rank of patrolman in the City of Long Beach Police Department, he appeals from a judgment of the Supreme

Court, Nassau County, entered August 21, 1975, which (1) granted respondents' cross motion to dismiss the proceeding and (2) dismissed the petition. Judgment affirmed, with costs (see *Matter of Reed v Bowen,* 51 AD2d 728). Hopkins, Acting P. J., Latham, Christ, Titone and Hawkins, JJ., concur.